**Order filed September 05, 2012**



In The

# Fourteenth Court of Appeals

## NO. 14-12-00175-CV
_____

**LYDIA ALCALA-GARCIA AND JANET SOLIS, Appellant**

**V.**

**CITY OF LAMARQUE, TEXAS, Appellee**

**On Appeal from the 56th District Court
Galveston County, Texas
Trial Court Cause No. 10-CV-3018**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **Attachment 4 (DVD) to City of La Marque, Texas's Motion for Summary Judgment.**

The clerk of the 56th District Court is directed to deliver to the Clerk of this court the original of Attachment 4 (DVD) to City of La Marque, Texas's Motion for Summary Judgment, on or before **September 17, 2012.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of Attachment 4 (DVD) to City of La Marque, Texas's Motion for Summary Judgment, to the clerk of the 56th District Court.

PER CURIAM